IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYRELL GREEN | : | |
| | : | Case No. 2:21-cv-562 |
| Plaintiff, | : | |
| | : | CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| U.S. DEPARTMENT OF EDUCATION, | : | |
| | : | |
| Defendant. | : | |

## OPINION & ORDER

On March 8, 2021, Magistrate Judge Vascura issued a Report and Recommendation recommending that Plaintiff Tyrell Green's action be dismissed for failure to assert any claim over which this Court has subject-matter jurisdiction, and for failure to state a claim on which relief may be granted. (ECF No. 3). Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. The action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** June 23, 2021